UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TIMOTHY BLIXSETH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-3117 (JEB) |

## JOINT STATUS REPORT

Plaintiff Timothy Blixseth ("Plaintiff") and Defendant U.S. Customs and Border Protection ("Defendant") (collectively the "Parties"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order dated November 22, 2021, to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

1. Plaintiff filed this action on October 17, 2019, alleging that Defendant had failed to respond to his request under FOIA seeking documents and communications referring or relating to specified terms regarding Plaintiff, his companies, and his aircraft.

2. Defendant conducted a search using Plaintiff's requested search terms, which returned for review approximately 800,000 pages of records. As reported in previous status reports, the Parties agreed that Defendant would conduct a cursory review of certain records and prepare a summary conveying as much information as possible about the categories and types of those records to facilitate limiting the scope of responsive records and expediting Defendant's releases. Defendant conducted a cursory review of a substantial number of the records and provided Plaintiff

- 2 -

with indices summarizing the results. Plaintiff provided Defendant with a proposal to begin processing the records from the index, and Defendant agreed to the proposal.

3. On December 2, 2021, Defendant made another release from the first index. On December 20, 2021, the Parties met and conferred regarding ways to further refine the review process to make it more targeted and efficient. The Parties have agreed that CBP will provide Plaintiff a "hit count" for each search term CBP used in its search, *i.e.*, the number of records returned for each of the agreed-upon search terms; information regarding any particular issues with terms like BGI; and any available breakdown of the documents by location, etc. The Parties also agreed that Plaintiff will provide CBP with examples of records Plaintiff has already received that contain information that has been useful and of interest. The Parties plan to use all of this information to reach an agreement concerning which records CBP will prioritize for review going forward. In the meantime, CBP will pause its processing of records.

4. The Parties respectfully propose that they file the next Joint Status Report by January 25, 2022.

- 3 -

Respectfully submitted,

| | |
|---|---|
| /s/ Lisa Norrett Himes<br>LISA NORRETT HIMES<br>DC Bar No. 464089<br>ROGERS JOSEPH O'DONNELL, PC<br>875 15th Street, NW<br>Suite 725<br>Washington, DC 20005<br>Tel: (202) 777-8953<br>Fax: (202) 347-8429<br>lhimes@rjo.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>       MICHAEL A. TILGHMAN II<br>       D.C. Bar #988441<br>       Assistant United States Attorney<br>       U.S. Attorney's Office, Civil Division<br>       555 Fourth Street, NW<br>       Washington, DC 20530<br>       (202) 252-7113<br>       Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: December 20, 2021